DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALL ELITE TOWING AND TRANSPORT, INC.,**
Appellant,

v.

**SPACE COAST CREDIT UNION,**
Appellee.

No. 4D21-500

[May 27, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McCarthy, Judge; L.T. Case No. CACE20003819, COCE19-004620.

Andrew J. Palmer of Palmer Law Group, P.A., Fort Lauderdale, for appellant.

Moises T. Grayson and Carrie Henry of Blaxberg, Grayson, Kukoff & Forteza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***